**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENSYLVANIA**

| | |
|---|---|
| IN RE: | : BR NO. 20-10248 |
| BRAHIMA FOFANA | : |
|     Debtor. | : Chapter 13 |

**ORDER SCHEDULING EXPEDITED HEARING**

AND NOW, this __14th__ day of __February__ 2022, upon consideration of debtor's Motion for Expedited Hearing For Leave to File Voluntary Ch 13 Bankruptcy Petition, it is hereby **ORDERED** that:

1. The request for an expedited hearing is **GRANTED.**

2. A hearing to consider the Motion shall be held on __February 17__, 2022, at __11:30 a__ m, in Bankruptcy Courtroom No. 2, Robert N.C. Nix Sr. Federal Bldg., 900 Market Street, 2nd Floor, Philadelphia, PA 19107, or pursuant to the court's telephonic hearing procedure

3. Written objections or other responsive pleadings to the motion may be filed up to the time of the hearing and all will be considered at the hearing.

4. The movant shall provide notice of this order to the U.S. Trustee, Chapter 13 Trustee, and counsel for the mortgagee via email by __February 15__, 2022.

BY THE COURT:

_Magdeline D. Coleman_
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE